# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KAREN ANDERSON, | Case No. SACV 11-01820 AJW |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

February 5, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge